**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Rd.
Las Vegas, Nevada 89119
Office (702) 380-0007; Fax (702) 380-2964
l.brandon@bsnv.law
a.guzik@bsnv.law
s.pasquale@bsnv.law
*Attorneys for Defendants,*
*ALBERTSONS, LLC dba ALBERTSONS*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KESIA GLADNEY,<br><br>                     Plaintiff,<br><br>v.<br><br>ALBERTSONS, LLC, a Delaware Company<br>d/b/a ALBERTSONS; DOES I-V; ROE<br>CORPORATIONS I-X,<br><br>                Defendants. | CASE NO.: |

**DEFENDANT ALBERTSONS, LLC'S NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 USC § 1441(a)**

Defendant, ALBERTSONS, LLC, by its undersigned attorney, LEW BRANDON, JR., ESQ., ANDREW GUZIK, ESQ., and SARA PASQUALE, ESQ., of the BRANDON | SMERBER LAW FIRM, hereby removes the above-captioned case to the United States District Court, Clark County, Nevada, where the action is now pending, pursuant to 28 USC § 1441 (a) and states as follows:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T: 702.380.0007 | F: 702.380.2964

**BRANDON | SMERBER**
LAW FIRM

1.      The above entitled action was commenced in the Eighth Judicial District Court, Clark County, State of Nevada on May 13, 2020, bearing Case No. A-20-814978-C.  The action is now pending in the Eighth Judicial District Court, Clark County, State of Nevada.

2.      Plaintiff filed her initial Complaint on or about May 13, 2020.  Plaintiff's Complaint fails to state that this case is one which is or has become removable.  *See* Harris v. Bankers Life & Cas. Co., 425 F.3d 689 (9th Cir. 2005).

3.      On May 19, 2020, Plaintiff served upon Defendant, Albertsons, LLC, her Complaint wherein Plaintiff alleges that she sustained injuries to her neck, because of a slip and fall. Plaintiff named the incorrect parties and an amended complaint was filed on June 3, 2020.

4.      Plaintiff served the amended complaint on June 3, 2020 and an Answer to Plaintiff's complaint was filed on June 18, 2020.

5.      On June 25, 2020 Plaintiff filed a Request for exemption from arbitration alleging $28,056.03 in past medical specials and Defendant filed an opposition to same on June 26, 2020.

6.      The Clark County ADR  Commissioner ordered Plaintiff to supplement its Petition by July 15, 2020.  Plaintiff failed to file any supplemental facts to support Plaintiff's Request for exemption from arbitration and the ADR commissioner ordered on July 20, 2020 that the matter is mandated to the Nevada mandatory arbitration program with a cap of $50,000.00.

7.      On September 4, 2020, Plaintiff filed a second request for exemption from arbitration now alleging past medical specials totaling Forty-Five Thousand Eight Hundred Thirty-One Dollars & 60/100 ($45,831.60) from her hospitalization for a strain of muscle, fascia and tendon on the left side of her neck and cervicalgia with residual pain.

8.      This Notice of Removal was filed timely as it was filed within thirty (30) days of service of Plaintiff's Second Request for Exemption from Arbitration served upon Albertsons,

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T: 702.380.0007 | F: 702.380.2964

LLC, on September 4, 2020 which was the first motion, order or other paper from which it could first be ascertained that this case is one which is or has become removable. *See* 28 U.S.C. 1446(b); Harris, 425 F.3d 689.

9.      Pursuant to Fed. R. Civ. P. 6 (a), the last day of the thirty (30) day period set forth under 28 U.S.C. 1446(b) is October 5, 2020.  *See* 28 U.S.C. 1446(b); Harris v. Bankers Life & Cas. Co., 425 F.3d 689 (9th Cir. 2005).

10.     This action concerns an allegation that the Defendant negligently caused, allowed and failed to warn of a dangerous condition, causing injury to Plaintiff.

11.     At the commencement of this action and at the time of the filing of this Notice of Removal, Plaintiff, KESIA GLADNEY was, and now is, a citizen of the State of Nevada.

12.     At the commencement of this action and at all times herein, Defendant, ALBERTSONS, LLC, was, and now is, a limited liability company duly organized and existing under the laws of the State of Delaware with its principal place of business in Boise, Idaho, and therefore, is a citizen of the State of Delaware and Idaho.

13.     A limited liability company is a citizen of every State of which its members are citizens. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

14.     Defendant, Albertsons, LLC's sole managing member is Albertson's Companies, Inc.

15.     Albertson's Companies, Inc., is a corporation organized under the laws of the State of Delaware with its principal place of business in Boise, Idaho.  *See, Exhibit "1."*

16.     Corporations are citizens of any State in which they are incorporated or have their principal place of business. *Id.;* 28 U.S.C. § 1332(c)(1).

17.     Thus, Albertson's Companies, Inc., is a citizen of the State of Delaware and Idaho.

18.     Therefore, for diversity purposes, Albertsons, LLC, is a citizen of the State of Delaware and Idaho.

19.     Documents showing that Albertson's Companies, Inc., was organized under the laws of the State of Delaware with its principal place of business in Boise, Idaho are attached as Exhibit "1."

20.     DOES I through V; and ROE CORPORATIONS I through X are named and sued fictitiously and their citizenship is disregarded as a matter of law for purposes of removal on grounds of diversity jurisdiction. 28 U.S.C. § 1441(a).

21.     Plaintiff, KESIA GLADNEY, alleges that she is and was at all relevant times mentioned in her Complaint, a citizen of the State of Nevada, residing in the County of Clark. Based upon Plaintiff's allegations, Defendant is informed and believes that Plaintiff, KESIA GLADNEY, is a citizen of the State of Nevada, County of Clark.

22.     Because, at the time of commencement of this action, Defendant is a citizen of Delaware and Idaho, and Plaintiff is a resident of the State of Nevada, County of Clark, complete diversity of citizenship exists between Plaintiff and Defendant. *See* 28 U.S.C. § 1332.

23.     Upon information and belief, Plaintiff, KESIA GLADNEY's medical specials are in excess or equal to Forty-Five Thousand Eight Hundred Thirty-One Dollars & 60/100 ($45,831.60), with future medical specials and pain and suffering of an undetermined amount. As a result, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

24.     The United States District Court for the District of Nevada has original jurisdiction pursuant to 28 U.S.C. § 1332 in that the parties are citizens of different States and the amount in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interests and costs.

BRANDON | SMERBER
LAW FIRM

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T: 702.380.0007 | F: 702.380.2964

25.     Accordingly, Plaintiff's Complaint is removed pursuant to 28 U.S.C. 1441, which provides that a defendant may remove a case over which the federal court has original jurisdiction.

26.     A copy of all process and pleadings served upon the Defendant is attached hereto as Exhibit "2."

WHEREFORE, Defendant, ALBERTSONS, LLC, a Delaware limited liability company respectfully requests that this action proceed in this Court as an action properly removed to it.

DATED this 8th day of September 2020.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**SARA PASQUALE, ESQ.**
Nevada Bar No. 14412
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSON'S, LLC*

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

## CERTIFICATE OF SERVICE

2

        Pursuant to FRCP 5(b), I hereby certify that on the 8th day of September, 2020, I served

3

a true and correct copy of the foregoing **DEFENDANT ALBERTSONS, LLC'S NOTICE OF**

4

**REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 USC §**

5

6

**1441(a)** via the Court's electronic filing and service systems to all parties on the current service

7

list, as follows:

8

    Cory J. Hilton, Esq.

9

    Peter M. Angulo, Esq.
    Mountain Vista Law Group

10

    5545 S. Mountain Vista Street, Suite F
    Las Vegas, NV 89120

11

    *Attorney for Plaintiff,*
    *KESIA GLADNEY*

12

13

                                        /s/ Bonita Alexander
                                        An Employee of BRANDON | SMERBER LAW FIRM

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28