# EXHIBIT "1"

# State of Idaho

## Office of the Secretary of State

CERTIFICATE OF REGISTRATION

OF

ALBERTSONS COMPANIES, INC.

File Number C 207257

I, LAWERENCE DENNEY, Secretary of State of the State of Idaho, hereby certify that an application for Foreign Registration Statement, duly executed pursuant to the provisions of the Idaho Uniform Business Organization Code, has been received in this office and is found to conform to law.

ACCORDINGLY and by virtue of the authority vested in me by law, I issue this Certificate of Registration to transact business in this State and attach hereto a duplicate of the application for such certificate.

Dated: September 24, 2015

SECRETARY OF STATE

By _____

202

# FOREIGN REGISTRATION STATEMENT

Title 30, Chapter 21, Idaho Code

Filing fee: $100 typed, $120 not typed

Complete and submit the form in duplicate.

2015 SEP 24 PM 2: 08

SECRETARY OF STATE
STATE OF IDAHO

1. The name of the entity is: Albertsons Companies, Inc.

2. The name which it shall use in Idaho is: _____

3. Select the type of entity you wish to register:   (Enter a name here, only if you are required to adopt an alternate name)

   ☒ Business Corporation          ☐ General Partnership
   ☐ Nonprofit Corporation         ☐ General Cooperative Association
   ☐ Limited Liability Partnership  ☐ Limited Partnership (including a limited liability limited partnership
   ☐ Limited Liability Company     ☐ Statutory Trust, Business Trust, or Common-law Business Trust

   ☐ Other _____ (Use "Other" only if your foreign entity type is not listed above, and enter the type here.)

4. Jurisdiction of formation: Delaware   (Provide the domestic jurisdiction where the entity was formed)

5. The address of its principal office is:
   250 Parkcenter Blvd, Boise, ID 83706
   (Street Address)

   (Mailing Address, if different)

6. The address of its domestic principal office (if required by the laws of the jurisdiction of formation) is:
   Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801
   (Street Address)

   (Mailing Address, if different)

7. The mailing address to which correspondence should be addressed, if different from item 6, is:

   (Address)

8. Name and street address of registered agent in Idaho:
   C T Corporation System        921 S Orchard Street, Suite G, Boise, Idaho 83705
   (Name)                        (Address)

9. The name, capacity, and mailing address of at least one governor:
   See Attachment 9
   (Name)          (Capacity)       (Address)

   (Name)          (Capacity)       (Address)

Typed Name: Robert A. Gordon

Signature: _Robert A Gordon_

Capacity: Executive Vice President, General Counsel and Secretary

Rev 04/2014
10030-e 3/3/2014 Walker Ginion Online

IDAHO SECRETARY OF STATE
09/24/2015 05:00
CK: PREPAID CT: 278665 BH: 1493631
1@ 100.00 = 100.00 FOR REG ST #2
1@ 20.00 = 20.00 EXPEDITE C #3

C 207257

Attachment 9 to Idaho Foreign Registration Statement of Albertsons Companies, Inc.

| Name | Title | Address |
|---|---|---|
| Robert G. Miller | Chief Executive Officer and Chairman of Directors | 250 Parkcenter Blvd, Boise, ID 83706 |
| Wayne A. Denningham | Chief Operating Officer | 250 Parkcenter Blvd, Boise, ID 83706 |
| Justin Dye | Chief Administrative Officer | 250 Parkcenter Blvd, Boise, ID 83706 |
| Shane Sampson | Chief Marketing and Merchandising Officer | 250 Parkcenter Blvd, Boise, ID 83706 |
| Robert B. Dimond | Executive Vice President and Chief Financial Officer | 250 Parkcenter Blvd, Boise, ID 83706 |
| Justin Ewing | Executive Vice President, Corporate Development and Real Estate | 250 Parkcenter Blvd, Boise, ID 83706 |
| Robert A. Gordon | Executive Vice President, General Counsel and Secretary | 250 Parkcenter Blvd, Boise, ID 83706 |
| Kelly P. Griffith | Executive Vice President of Operations, West Region | 250 Parkcenter Blvd, Boise, ID 83706 |
| Jim Perkins | Executive Vice President of Operations, East Region | 250 Parkcenter Blvd, Boise, ID 83706 |
| Andrew J. Scoggin | Executive Vice President, Human Resources, Labor Relations, Public Relations and Government Affairs | 250 Parkcenter Blvd, Boise, ID 83706 |
| Jerry Tidwell | Executive Vice President, Supply Chain and Manufacturing | 250 Parkcenter Blvd, Boise, ID 83706 |
| Dean S. Adler | Director | 250 Parkcenter Blvd, Boise, ID 83706 |
| Sharon L. Allen | Director | 250 Parkcenter Blvd, Boise, ID 83706 |
| Steven A. Davis | Director | 250 Parkcenter Blvd, Boise, ID 83706 |
| Kim Fennebresque | Director | 250 Parkcenter Blvd, Boise, ID 83706 |
| Lisa A. Gray | Director | 250 Parkcenter Blvd, Boise, ID 83706 |
| Hersch Klaff | Director | 250 Parkcenter Blvd, Boise, ID 83706 |
| Ronald Kravit | Director | 250 Parkcenter Blvd, Boise, ID 83706 |
| Alan Schumacher | Director | 250 Parkcenter Blvd, Boise, ID 83706 |
| Jay L. Schottenstein | Lead Director | 250 Parkcenter Blvd, Boise, ID 83706 |
| Lenard B. Tessler | Director | 250 Parkcenter Blvd, Boise, ID 83706 |
| Scott Wille | Director | 250 Parkcenter Blvd, Boise, ID 83706 |

DOC ID - 23516265.1



## Delaware

### The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "ALBERTSONS COMPANIES, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-FOURTH DAY OF SEPTEMBER, A.D. 2015.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.

5763277  8300
SR# 20150250262
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 10128874
Date: 09-24-15