# EXHIBIT A

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

ALBERTSON'S LLC

**Entity Number:**

E0477742006-3

**Entity Type:**

Foreign Limited-Liability Company

**Entity Status:**

Active

**Formation Date:**

06/23/2006

**NV Business ID:**

NV20061105524

**Termination Date:**

Perpetual

**Annual Report Due Date:**

6/30/2021

**Series LLC:**

**Domicile Name:**

**Jurisdiction:**

Delaware

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

C T CORPORATION SYSTEM

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20191497453

**Office or Position:**

**Jurisdiction:**

DELAWARE

**Street Address:**

701 S CARSON ST STE 200, Carson City, NV, 89701, USA

**Mailing Address:**

**Individual with Authority to Act:**

MATTHEW TAYLOR

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Managing Member | ALBERTSONS COMPANIES, INC. | 250 E PARKCENTER BLVD, BOISE, ID, 83706, USA | 05/21/2019 | Active |

Page 1 of 1, records 1 to 1 of 1

Filing History     Name History     Mergers/Conversions

Return to Search     Return to Results