LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
SARA PASQUALE, ESQ.
Nevada Bar No. 14412
BRANDON | SMERBER LAW FIRM
139 East Warm Springs Road
Las Vegas, Nevada 89119
Office (702) 380-0007/Fax (702) 380-2964
l.brandon@bsnv.law
s.pasquale@bsnv.law
*Attorneys for Defendant,*
ALBERTSONS, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KESIA GLADNEY,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSONS, LLC, a Delaware Company d/b/a ALBERTSONS; DOES I-V; ROE CORPORATIONS I-X,<br><br>Defendants. | CASE NO.: 2:20-cv-01653-JAD-BNW<br>DEPT. NO.: VIII |

### STIPULATION AND ORDER TO DISMISS DEFENDANT ALBERTSONS, LLC dba ALBERTSONS WITH PREJUDICE LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., ANDREW GUZIK, ESQ. and SARA PASQUALE, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSONS, LLC d/b/a ALBERTSONS, and Plaintiff, KESIA GLADNEY, by and through PETER M. ANGULO, ESQ., of MOUNTAIN VISTA LAW GROUP as follows:

///

///

///

Page 1

*Kesia Gladney v. Albertsons, LLC d/b/a Albertsons, et al.*
Case No. 2:20-cv-JAD-BNW

That Defendant, ALBERTSONS, LLC d/b/a ALBERTSONS, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 29th day of March, 2022.          DATED this 29th day of March, 2022.

**BRANDON | SMERBER LAW FIRM**                **MOUNTAIN VISTA LAW GROUP**

/s/ Lew Brandon, Jr., Esq.

_____                   _____
**LEW BRANDON, JR., ESQ.**                    **PETER M. ANGULO, ESQ.**
Nevada Bar No. 5880                           Nevada Bar No. 3672
**SARA PASQUALE, ESQ.**                       5545 S. Mountain Vista Street., Suite F
Nevada Bar No. 14412                          Las Vegas, Nevada 89120
**BRANDON | SMERBER LAW FIRM**                (702) 384-8000
139 East Warm Springs Road                    FAX: (702) 384-8200
Las Vegas, Nevada 89119                       *Attorneys for Plaintiff,*
Office (702) 380-0007                         *KESIA GLADNEY*
Fax (702) 380-2964
*Attorneys for Defendant,*
*ALBERTSONS, LLC*

## ORDER

Based on the parties' stipulation **[ECF No. 39]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 11, 2022